## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MIRIAM S. MARTINEZ, | ) | |
| individually and on behalf of the classes | ) | |
| defined herein, | ) | 08 C 3519 |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| vs. | ) | Magistrate Judge Mason |
| | ) | |
| RESURGENCE FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:**   (See attached service list.)

    **PLEASE TAKE NOTICE** that on Tuesday, July 1, 2008 at 8:45 a.m., we will appear before the Honorable Judge Rebecca R. Pallmeyer in Room 2178 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**.

                                                             s/ Daniel A. Edelman
                                                               Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, hereby certify that on June 25, 2008, the foregoing document was filed electronically using the Court's CM/ECF system.  A copy of the foregoing document was served on the following party via hand delivery:

RESURGENCE FINANCIAL, LLC
c/o Nathan M. Grossman, Registered Agent
20 S. Clark Street, Suite 1650
Chicago, IL 60603

       I further certify that on the same date, a copy of the foregoing was also served on the following party via U.S. Mail:

Todd Lansky
Resurgence Financial, LLC
4100 Commercial Avenue
Northbrook, IL  60062

                                            s/ Daniel A. Edelman
                                            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)