# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3519 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Miriam S. Martinez vs. Resurgence Financial, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's preliminary motion for class certification [9] entered and continued to 8/20/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|