# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3519 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Miriam S. Martinez vs. Resurgence Financial, LLC | | |

**DOCKET ENTRY TEXT**

On the court's own motion, Plaintiff's preliminary motion for class certification [9] continued to 8/20/2008 is stricken and continued to 8/28/2008 at 9:00. Status hearing set for 8/20/2008 is stricken and reset to 8/28/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|