IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIRIAM S. MARTINEZ, | ) | |
| individually and on behalf of the classes | ) | |
| defined herein, | ) | 08 C 3519 |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| vs. | ) | Magistrate Judge Mason |
| | ) | |
| RESURGENCE FINANCIAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Meeting. Pursuant to Federal Rule Civil Procedure 26(f), a meeting was held on August 11, 2008 between the following parties:

   Cassandra P. Miller of Edelman, Combs, Latturner & Goodwin, LLC for the Plaintiff.

   Todd Stelter, Hinshaw & Culbertson, LLP for the Defendant.

2. Pre-trial Schedule. The parties jointly propose to the Court the following discovery plan:

   a. It is anticipated that discovery will be needed on the following subjects:

      1. Whether Defendant engaged in a practice of attaching false documentation in support of debts for which Defendant files suit;

      2. Whether Defendant's practice of attaching false documentation to its state court complaints violates the Fair Debt Collection Practices Act, 15 U.S.C. 1692e ("FDCPA");

      3. Whether Defendant's practice of attaching false documentation to its state court complaints violates the Illinois Collection Agency Act, 225 ILCS 425/1 et seq. ("ICAA");

      4. Whether Defendant's practice of attaching false documentation to its state court complaints violates the Illinois Consumer Fraud Act, 815 ILCS 505/2;

        5.      Whether or not a class should be certified, pursuant to Fed.R.Civ.P. 23; and

        6.      Whether any violations of the FDCPA that may have occurred are excused by the "bona fide error" defense.

    b.    Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) will be made by September 29, 2008.

    c.    Defendant to file any response in opposition to Plaintiff's Motion for Class Certification by December 3, 2008, Plaintiff to reply in support of class certification by December 17, 2008;

    d.    All non-expert discovery to be commenced in time to be completed by April 29, 2009.

    e.    The parties expect they will need approximately 3-4 depositions.

    f.    Expert discovery to be commenced in time to be completed by July 29, 2009. Reports from retained experts under Rule 26(a)(2) due:
From Plaintiff by May 29, 2009;
From Defendant by June 29, 2009.

    g.    The parties should be allowed until December 29, 2008 to join additional parties and to amend pleadings.

    h.    All potentially dispositive motions should be filed by June 15, 2009.

    i.    Final pretrial order: Plaintiff to prepare proposed draft by December15, 2009; parties to file joint final pretrial order by December 30, 2009.

    j.    The case should be ready for trial by February 2009 [and at this time is expected to take approximately 4 days].

3.    Settlement. Upon receipt of information regarding the number of putative class members and Defendant's net worth, Plaintiff is prepared to discuss settlement.

4.    Consent. Parties do not consent unanimously to proceed before a Magistrate Judge.

August 13, 2008_____
Date

s/ Cassandra P. Miller__
Cassandra P. Miller
Attorney for Plaintiff


s/ Todd Stelter_____
Todd Stelter
Attorney for Defendant


### CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on August 13, 2008, **REPORT OF PARTIES' PLANNING MEETING** was filed electronically using the Court's CM/ECF system which will send notice to the following:

David M. Schultz
Todd P. Stelter
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601-1081

                                                s/ Cassandra P. Miller_____
                                                Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)