# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3519 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Miriam S. Martinez vs. Resurgence Financial, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's preliminary motion for class certification [9] entered and continued for briefing. Response to be filed 12/3/2008; reply 12/17/2008. Rule 26(a)(1) disclosures to be made by 9/29/2008. All non-expert discovery to be completed by 4/29/2009. Expert discovery to be completed by 7/29/2009. Reports from retained experts under Rule 26(a)(2) due: from Plaintiff 5/29/2009; Defendant by 6/29/2009. Parties allowed until 12/29/2008 to join additional parties and to amend pleadings. Dispositive motions due 6/15/2009. Plaintiff to prepare proposed PTO by 12/15/2009; Joint Final Pretrial Order due 12/30/2009. Status hearing set for 11/6/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|